# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AAA LIFE INSURANCE COMPANY,** :    Plaintiff :    v. : : **DEBORAH A. KNEAVEL,** : **GUIDETTA ALICE KNEAVEL,** : **MARY A. McALLISTER**, and : **ST. JUDE CHILDREN'S RESEARCH** : **HOSPITAL,** :    Defendants : | **CIVIL ACTION NO. 1:10-CV-00158** **(Judge Conner)** |

## **AMENDING ORDER**

AND NOW, this 1st day of October, 2012, upon consideration of the motion to amend (Doc. 85) filed September 26, 2012 by Guidetta Alice Kneavel ("Kneavel"), in which Kneavel alerts the court to an oversight in the court's Memorandum and Order (Doc. 83), whereby the court awarded Kneavel the proceeds of the insurance policy at issue in this case, but failed to direct AAA Insurance Company to pay to Kneavel all interest accrued on the proceeds while being held in an interest bearing account, it is hereby ORDERED that:

1. The court's Order (Doc. 83) is amended as follows:

   AAA Life Insurance Company shall pay the proceeds of policy certificate number 279-0857442, in the amount of $100,000.00, **and all interest accrued while the proceeds were held in an interest bearing account**, to Guidetta Alice Kneavel.

                                                   S/ Christopher C. Conner
                                                 CHRISTOPHER C. CONNER
                                                 United States District Judge